UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COMPRESS2IMPRESS, LLC,
                       Plaintiff,

              -against-

THE AMERICAN NATIONAL RED CROSS,
                       Defendant.
------------------------------------------------------------X

22 Civ. 5186 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated July 11, 2022, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference.

    WHEREAS, the initial pretrial conference is scheduled for August 24, 2022.

    WHEREAS, Defendant waived service and is required to respond the Complaint by September 26, 2022.

    WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

    **ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **August 19, 2022, by 12:00 p.m.**, and shall explain why they have not complied with the Court's deadlines. If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with the Defendants, no later than **August 19, 2022**, **by 12:00 p.m.**, Plaintiff shall file a status letter requesting further adjournment of the initial conference for up to 30 days.

Dated: August 18, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE