UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COMPRESS2IMPRESS, LLC,
                                   Plaintiff,

                          22 Civ. 5186 (LGS)

             -against-

                          ORDER

THE AMERICAN NATIONAL RED CROSS,
                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated July 11, 2022, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference.

      WHEREAS, the initial pretrial conference is scheduled for August 24, 2022.

      WHEREAS, Defendant waived service and is required to respond the Complaint by September 26, 2022.

      WHEREAS, the parties failed to timely file the joint letter or proposed case management plan.

      WHEREAS, by Order dated August 18, 2022, the parties were directed to file the joint letter and proposed case management plan by August 19, 2022, at 12:00 p.m., and explain why they have not complied with the Court's deadlines.  If Defendant refused to cooperate in preparing the documents or Plaintiff was not in communication with Defendant, Plaintiff was directed to file a letter requesting an adjournment of the initial pretrial conference.

      WHEREAS, the parties did not file the joint letter and proposed case management plan, and Plaintiff did not file a letter requesting an adjournment.  It is hereby

**ORDERED** that by **August 23, 2022**, at **12:00 p.m.,** the parties shall file the joint letter and proposed case management plan.  If Plaintiff is not in communication with Defendant, no later than **August 23, 2022**, at **12:00 p.m.**, Plaintiff shall file a letter requesting an adjournment of the initial pretrial conference.  Plaintiff is advised that failure to comply with the Court's orders may result in dismissal for failure to prosecute.

Dated: August 19, 2022
       New York, New York

                                         LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE