```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
COMPRESS2IMPRESS, LLC,                                       :
                                      Plaintiff,             :     22 Civ. 5186 (LGS)
                                                             :
                   -against-                                 :     ORDER
                                                             :
THE AMERICAN NATIONAL RED CROSS,                             :
                                      Defendant.             :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 24, 2022, required the parties to file a proposed case management plan and joint letter by September 7, 2022.

WHEREAS, the parties have not filed the joint status letter and proposed case management plan.  It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **September 12, 2022**, at **noon**.

Dated:  September 8, 2022
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**